USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates to All Actions*

-----------------------------------------------------

14-MD-2543 (JMF)
14-cv-08176 (JMF)
14-cv-06924 (JMF)
14-cv-05810 (JMF)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COME NOW Plaintiffs listed on Exhibit "A" and, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that their claims are voluntarily dismissed without prejudice against the defendant General Motors, LLC.

**Dated: February 20, 2015**

Respectfully Submitted,

**HILLIARD MUÑOZ GONZALES LLP**

By: ____*/s/ Robert C. Hilliard*____
Robert C. Hilliard
State Bar No. 09677700
Federal ID No. 5912
bobh@hmglawfirm.com
Rudy Gonzales, Jr.
State Bar No. 08121700
Federal ID No. 1896
rudyg@hmglawfirm.com
Catherine D. Tobin
State Bar No. 24013642
Federal ID No. 25316
catherine@hmglawfirm.com
Marion Reilly
Texas Bar No. 24079195
Federal ID No. 1357491
marion@hmglawfirm.com

719 S. Shoreline Boulevard,

1

Suite 500
Corpus Christi, TX  78401
Telephone No.:  (361) 882-1612
Facsimile No.:    (361) 882-3015

-and-

Thomas J. Henry
State Bar No. 09484210
Federal ID No. 12980
tjh@tjhlaw.com
Curtis W. Fitzgerald, II
State Bar No. 24012626
Federal ID No. 24980
cfitzgerald@tjhlaw.com

**THOMAS J. HENRY INJURY ATTORNEYS**
521 Starr St.
Corpus Christi, Texas 78401
Telephone No.:  (361) 985-0600
Facsimile No.:  (361) 985-0601

**ATTORNEYS FOR PLAINTIFFS**

SO ORDERED.

Jesse M. Furman
United States District Judge

February 23, 2015

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this the 20th day of February, 2015, a copy of the foregoing was filed electronically and was served to all parties by operation of the Court's electronic filing system.

*/s/ Robert C. Hilliard*
Robert C. Hilliard

| No. | MDL Docket Number | Name of Plaintiff(s) | Residency | Car Type | VIN # | Incident Date | Accident City/State | US Dist Court |
|---|---|---|---|---|---|---|---|---|
| 1 | Fleck, et al. v. General Motors LLC; 1:14-cv-08176-JMF | Bladen, Bernard | 506 Stewart Avenue, Glen Burnie, Maryland 21061 United States | 2003 Saturn Ion | 1G8AG52F43Z106363 | 8/21/12 | Severn, MD | District of Maryland |
| 2 | Fleck, et al. v. General Motors LLC; 1:14-cv-08176-JMF | Wright, Dawn | 5235 4th St., Baltimore, Maryland 21225 United States | 2003 Saturn Ion | 1G8AG52F43Z106363 | 8/21/12 | Anne Arundel, MD | District of Maryland |
| 3 | Edwards, et al. v. General Motors, LLC; 1:14-cv-06924-JMF | Edwards, Pamela Individually, and as Representative of the Estate of Paul Adams | 8240 Kendrick Rd. Jonesboro, Georgia 30238 United States | 2008 Pontiac G6 | 1G2ZH58N774169761 | 3/18/08 | Jackson, MS | Southern District of Mississippi |
| 4 | Edwards, et al. v. General Motors, LLC; 1:14-cv-06924-JMF | Slaughter, Kimberly | 1651 Forest Ave. Apt F7 Jackson, Mississippi 39213 United States | 2006 Chevy Cobalt | 1G1AK55F177402712 | 1/17/09 | Jackson, MS | Southern District of Mississippi |
| 5 | Abney, et al. v. General Motors, LLC; 1:14-cv-05810-JMF | Diggs, William | 5235 4th St., Baltimore, Maryland 21225 United States | 2003 Saturn Ion | 1G8AG52F43Z106363 | 8/21/12 | Annearundel, MD | District of Maryland |
| 6 | Abney, et al. v. General Motors, LLC; 1:14-cv-05810-JMF | Taylor, Amy | 522 North 92nd St., Naples, Florida 34108 United States | 2005 Saturn Ion | 1G8AJ52F95Z182553 | 2/26/11 | Palm Coast, FL | Middle District of Florida |
| 7 | Abney, et al. v. General Motors, LLC; 1:14-cv-05810-JMF | Torres, Teresa | 1712 Dallas, Portland, Texas 78374 United States | 2008 Chevy Cobalt | 1G1AK58F18789015 | 5/9/14 | Corpus Christi, TX | Southern District of Texas |
| 8 | Abney, et al. v. General Motors, LLC; 1:14-cv-05810-JMF | Williams, Karen | 4414 Brookline Dr. Apt D, Indianapolis, Indiana 46220 United States | 2005 Chevy Cobalt | 1G1AK52EX57662365 | 12/22/13 | Indianapolis, IN | Southern District of Indiana |
| 9 | Fleck, et al. v. General Motors LLC; 1:14-cv-08176-JMF | Matthews, Dolly | 570 Johnson Street, Nash, Texas 75569 United States | 2008 Chevy Trailblazer | 1GNDS135682216294 | 11/16/14 | Texarkana, TX | Eastern District of Texas |