UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
IN RE:                                            :      No.: 14-MD-2543 (JMF)
                                                  :
**GENERAL MOTORS LLC IGNITION**                   :
**SWITCH LITIGATION**                             :
                                                  :
------------------------------------------------------------- x
*This Document Relates To*                        :      No.: 14-CV-5810 (JMF)
                                                  :
LAWRENCE JOSEPH BARTHELEMY AND                    :
DIONNE MARIE SPAIN                                :
                                                  :
          Plaintiffs,     :
                                                  :
v.                                                :
                                                  :
GENERAL MOTORS, LLC                               :
                                                  :
          Defendants     :
------------------------------------------------------------- x

## PLAINTIFFS' MOTION *IN LIMINE* NO. 1

### PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND/OR ARGUMENT REGARDING MR. BARTHELEMY'S CRIMINAL RECORD AND PRIOR ARRESTS

### TO BE FILED UNDER SEAL

Pursuant to Federal Rules of Evidence 401–404 and 608–609 and for the reasons set forth in the accompanying memorandum of law, Plaintiffs move to exclude at trial evidence or argument regarding Barthelemy's criminal record and prior arrest.

Dated: February 2, 2016                           Respectfully Submitted,

                                                        _____*/s/*_____
                                                        Randall W. Jackson
                                                        BOIES SCHILLER & FLEXNER LLP
                                                        575 Lexington Avenue
                                                        New York, New York 10002
                                                        T. 212-446-2300

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the above document was served upon the attorney of record for each other party by e-mail on February 2, 2016.

_____/s/_____
Randall W. Jackson
Boies, Schiller & Flexner LLP
*Counsel for Plaintiffs*