# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | | |
|---|---|---|
| Andrew B. Bloomer, P.C.<br>To Call Writer Directly:<br>(312) 862-2482<br>andrew.bloomer@kirkland.com | 300 North LaSalle<br>Chicago, Illinois  60654<br><br>(312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

February 22, 2016

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

>   Re:   *In re: General Motors LLC Ignition Switch Litigation*, 14-MD-2543;
>         *Barthelemy et al. v. General Motors LLC*, 14-CV-05810

Dear Judge Furman:

    Counsel for New GM and counsel for the *Barthelemy* plaintiffs jointly submit the attached proposed order regarding procedures for trial exhibits and demonstratives in Bellwether Trial No. 2.

                    Respectfully submitted,

                    /s/ Richard C. Godfrey, P.C.
                    /s/ Andrew B. Bloomer, P.C.

                    *Counsel for Defendant General Motors LLC*

cc:    MDL Counsel of Record